UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA HEWITT,

    Plaintiff,

Case No. 17-cv-10917
Hon. Matthew F. Leitman

v.

RUTHIE McCRARY, *et al.*,

    Defendants.

_____/

# ORDER DENYING DEFENDANT ALLURE MEDICAL SPA, PLLC'S MOTION FOR SUMMARY JUDGMENT (ECF #23)

This is a medical malpractice action. On May 2, 2018, Defendant Allure Medical Spa, PLLC ("Allure") filed a motion for summary judgment. (*See* ECF #23.) The Court held a hearing on the motion on July 2, 2018.

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that Allure's motion for summary judgment is **DENIED**.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: July 2, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2018, by electronic means and/or ordinary mail.

                                  s/Amanda Chubb for Holly A. Monda
                                  Case Manager
                                  (313) 234-2644